UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ESTEBAN ROSADO, on behalf of
himself and others similarly
situated,

      Plaintiff,

v.                              Case No: 2:17-cv-43-FtM-99CM

DIRECT HEATING & COOLING,
INC., a Florida profit
corporation and MITZIE FOX-
LERNER, individually,

      Defendants.

---

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #14), filed April 21, 2017, recommending that the Settlement Agreement (Doc. #13-1) be approved, and the case dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. §
636(b)(1). The district judge reviews legal conclusions *de novo*,
even in the absence of an objection. See <u>Cooper-Houston v.
Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro
Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993),
<u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and
upon due consideration of the Report and Recommendation, the Court
accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #14) is hereby
**adopted** and the findings **incorporated** herein.

2. The Settlement Agreement (Doc. #13-1) is approved as a
fair and reasonable resolution of a bona fide dispute.

3. The Clerk shall enter judgment **dismissing** the case with
prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___8th___ day of
May, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties